| AO 10<br>Rev. 1/2019 | **FINANCIAL DISCLOSURE REPORT**<br>**FOR CALENDAR YEAR 2019** | *Report Required by the Ethics*<br>*in Government Act of 1978*<br>*(5 U.S.C. app. §§ 101-111)* |

| **1. Person Reporting** (last name, first, middle initial)<br><br>Rosania, Joseph G. | **2. Court or Organization**<br><br>United States Bankruptcy Court | **3. Date of Report**<br><br>12/23/2021 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ✔ Amended Report | **6. Reporting Period**<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| **7. Chambers or Office Address**<br><br>United States Bankruptcy Court<br>United States Custom House<br>721 19th Street, Room 519<br>Denver, CO 80202-2508 | | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Judicial Co-Chair | Rocky Mountain Section of the American Bankruptcy Institute |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | Received fees for legal services from Connolly, Rosania & Lofstedt, P.C. for old cases under shareholder termination agreement effective December 31, 2015 |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosania, Joseph G. | 12/23/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | ▓▓▓ income, Tomato Travel |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosania, Joseph G. | 12/23/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. DiTech Financial | Mortgage on Tucson, Arizona Condo | M |
| 2. Select Portfolio Servicing | Mortgage on Tucson, Arizona Condo | K |
| 3. Quicken Loans-mortgage on ▓ house in Denver, Colorado | Co-signed mortgage on ▓ Denver, Colorado house | N |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Condominium in Tucson, Arizona | D | Rent | M | W | | | | | |
| 2. N.W. Mutual Cash Life Insurance (whole life) | A | Dividend | L | T | | | | | |
| 3. Allianz Inst (AOTIX) | A | Dividend | K | T | | | | | |
| 4. Amer Fds Europacific F2(AEPFX) | A | Dividend | L | T | | | | | |
| 5. American Cap Wrld BD F2(BFWFX) | A | Dividend | K | T | | | | | |
| 6. Edgewood Growth (EGFIX) | A | Dividend | L | T | | | | | |
| 7. Janus Flexible Bond I (JFLEX) | A | Dividend | L | T | | | | | |
| 8. ISHS Russl (IWF) | A | Dividend | | | Sold | 12/18/18 | J | | |
| 9. Morgan Stanley 0% ELN (VSEIX) | A | Dividend | K | T | | | | | |
| 10. Prud Invt 15 High Yld Z (PHYZX) | A | Dividend | K | T | | | | | |
| 11. Spdr S&P 500 Trust ETF (SPY) | A | Dividend | L | T | | | | | |
| 12. SunAmerica Focused Div W (FDSWX) | A | Dividend | L | T | | | | | |
| 13. Voya USA Annuity (VOYA)/ING USA Annty & Life Ins. (Variable)(H) | | | | | | | | | |
| 14. -Voya large cap growth | A | Dividend | K | T | | | | | |
| 15. -Templeton Foreign equity portfolio | B | Dividend | K | T | | | | | |
| 16. -Russell Large Cap Index | B | Dividend | K | T | | | | | |
| 17. -Russell mid cap growth | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Rosania, Joseph G.** | 12/23/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Ri Invesco Today CL CX | A | Dividend | J | T | | | | | |
| 19.   Scholars ch 529 Cash reserve option | A | Dividend | K | T | | | | | |
| 20.   401 k Cash Alternative (H) | | | | | | | | | |
| 21.   -Fidelity Money Market funds (FSNXX) | A | Dividend | K | T | Buy | 12/18/18 | K | | |
| 22.   WP Carey (WPC) | A | Dividend | K | T | Buy | 1/1/18 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rosania, Joseph G. | 12/23/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, item 13

The Voya Annuity is the same as VOYA USA Annuity and ING USA Annty & Life Ins. ▊▊▊▊▊ .

It is a variable annuity owned jointly by me and my spouse and was purchased on May 10, 2000.

The underlying holdings are:

Voya MidCap Opportunities Portfolio (S) Variable Annuity Products 1,418.13 $32,555.25
Voya Large Cap Growth Portfolio (S) Variable Annuity Products 830.16 $26,364.06
VY Templeton Foreign Equity Portfolio (S) Variable Annuity Products 1,508.58 $17,912.74
Voya Russell Large Cap Index Portfolio Varaible Annuity Products 1,645.14 $31,680.98

| Name of Person Reporting | Date of Report |
|---|---|
| Rosania, Joseph G. | 12/23/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joseph G. Rosania**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544